■ In the Matter of DEMETRIUS R. and Another, Children Alleged to be Neglected. ELSIE R., Appellant; COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK, Respondent, et al., Respondent. [33 NYS3d 689]—

Order of disposition, Family Court, New York County (Stewart H. Weinstein, J.), entered on or about January 22, 2015, to the extent it brings up for review a fact-finding order, same court and Judge, entered on or about June 18, 2014, which found that respondent mother medically neglected the subject child, Kassandra C., unanimously affirmed, without

costs. Appeal from fact-finding order, unanimously dismissed, without costs, as subsumed in the appeal from the order of disposition.

A preponderance of the evidence supports the court's finding of neglect based on the facts that the mother minimized the danger to the child from a vegan diet, which resulted in a diagnosis of failure to thrive, her refusal to permit the child to be vaccinated, and her failure to act promptly to obtain medical assistance and nutritional advice to ameliorate the child's condition (*see Matter of Joshua Hezekiah B. [Edgar B.]*, 77 AD3d 441, 442 [1st Dept 2010], *lv denied* 15 NY3d 716 [2010]). Concur—Sweeny, J.P., Renwick, Manzanet-Daniels and Webber, JJ.